AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Omar Mosquera-Rodriguez

United States District Court
Southern District Of Texas
FILED

MAY 1 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-0992-M

IAE   YOB: 1967
Colombia
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 29, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Colombia in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Omar Mosquera-Rodriguez was encountered by Border Patrol Agents near Rio Grande City, Texas on April 29, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 29, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 28, 2005, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 18, 2004, the Defendant was convicted of 21 USC 841 Possession with Intent to Distribute Cocaine and was sentenced to thirty-seven (37) months confinement and three (3) years supervised release term.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

May 1, 2019

Signature of Complainant
Mickey Gonzalez    Senior Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer